IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOLAN LEE ALJADDOU, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-21-00030-JD |
| ) | |
| UNITED STATES FEDERAL ) | |
| NEBRASKA DISTRICT, ) | |
| ) | |
| Respondent. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation [Doc. No. 7] by United States Magistrate Judge Shon T. Erwin recommending that this action be dismissed without prejudice for Petitioner Nolan Lee Aljaddou's failure to comply with the Order to Petitioner to Cure Deficiency dated January 20, 2021 ("Order"). [*See* Doc. No. 4]. The Order directed Aljaddou to pay the $5.00 filing fee or request leave to proceed without prepayment of costs and to cure other listed deficiencies with his petition for writ of habeas corpus by February 8, 2021. [Doc. No. 4 at 1–2]. Judge Erwin explained to Aljaddou that failure to cure the deficiencies in the Order by February 8, 2021 would result in a recommendation that the action be dismissed without prejudice. [*Id.* at 2].

Judge Erwin advised Aljaddou of his right to file an objection to the Report and Recommendation with the Clerk of Court by March 8, 2021, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 7 at 2–3]. *See also* 28 U.S.C. § 636.

The record reflects that no objection to the Report and Recommendation has been filed, and no extension of time to object has been requested. The Court therefore **ADOPTS** the Report and Recommendation [Doc. No. 7] in its entirety for the reasons stated therein and **DISMISSES** this action without prejudice.

IT IS SO ORDERED this 5th day of May 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE